FILED
FEB 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR442-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| MARIA TERESITA MADRID-HERNANDEZ, ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about January 23, 2008, within the Southern District of California, defendant MARIA TERESITA MADRID-HERNANDEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 17.20 kilograms (37.84 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 20, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
2/20/08