AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MARIA TERESITA MADRID-HERNANDEZ | CASE NUMBER: 08 MJ 8059 |

I, __MARIA TERESITA MADRID-HERNANDEZ__, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Feb. 20, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant's Counsel

_____
Maria Teresita Madrid Hdz
Defendant

Before _____
JUDICIAL OFFICER

**FILED**
FEB 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY