```
 1  KAREN P. HEWITT
    United States Attorney
 2  FRED SHEPPARD
    Assistant United States Attorney
 3  California State Bar No. 250781
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7176
    Facsimile:  (619) 235-2757
 6  Email: fred.sheppard@usdoj.gov

 7  Attorneys for Plaintiff
    United States of America
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 08CR0442-DMS |
| Plaintiff,      ) | |
| v.      ) | **NOTICE OF APPEARANCE** |
| MARIA TERESITA MADRID-HERNANDEZ, ) | |
| Defendant.      ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Fred Sheppard

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3 "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4 association):

5    <u>Name</u>

6    None.

7

8    Please call me at the above-listed number if you have any questions about this notice.

9    DATED: March 24, 2008

                                             Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney

                                             /s/ *Fred Sheppard*

                                             Fred Sheppard
                                             Assistant United States Attorney

Notice of Appearance
United States v. Maria Teresita Madrid-Hernandez                        08CR0442-DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0442-DMS |
| Plaintiff, ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| MARIA TERESITA MADRID-HERNANDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Fred Sheppard, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated March 24, 2008, and this Certificate of Service, dated March 24, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

MARTIN MOLINA
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 24, 2008.


/s/ *Fred Sheppard*
Fred Sheppard
Assistant United States Attorney


Notice of Appearance
United States v. Maria Teresita Madrid-Hernandez                    08CR0442-DMS