Martin G. Molina (California Bar No. 176934)
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone: (619) 232-0620
Facsimile: (619) 233-4145

CJA Attorney for Defendant
Maria Teresita Madrid-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08 CR 442-DMS |
| ) | |
| Plaintiff, ) | JOINT MOTION FOR |
| vs. ) | CONTINUANCE OF |
| ) | ACCEPTANCE OF PLEA AND |
| ) | SENTENCING HEARING |
| MARIA TERESITA MADRID- ) | |
| HERNANDEZ, ) | Current Date: May 23, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | |
| ) | Prop. Date: July 25, 2008 |
| ) | |

NOW COMES Defendant, Maria Teresita Madrid-Hernandez, by and through counsel, Martin G. Molina, and Plaintiff, the United States of America, by and through counsel, Fred Sheppard, and herein jointly request this Court to continue the acceptance of plea and sentencing hearing currently set for May 23, 2008 at 9:00 a.m., to July 25, 2008 at 9:00 a.m. Defendant is presently in custody.

Furthermore, the parties agree and stipulate that the time between May 23, 2008 and July 25, 2008 is excludable under the Speedy Trial Act.

1

2  Dated: May 19, 2008

3

4

5  By: /s/ *Martin G. Molina*

6  Martin G. Molina
   mmolinaesq@yahoo.com
7  CJA Attorney for Defendant
   MARIA TERESITA MADRID-HERNANDEZ
8

9

10
   Dated:  May 19, 2008
11

12

13
   By: /s/ Fred Sheppard_____
14 FRED SHEPPARD
   Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28