UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  08 CR 442 DMS |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| MARIA TERESITA MADRID-HERNANDEZ, | ) |
| Defendant. | ) |

I hereby certify that on today's date, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing and a copy of such filing to the following:

Fred A. Sheppard     fred.sheppard@usdoj.gov, efile.dkt.gc1@usdoj.gov

Date: May 19, 2008

By: /s/ Martin G. Molina
Martin G. Molina