UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 442 DMS |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| MARIA TERESITA MADRID-HERNANDEZ, | ) | |
| Defendant. | ) | |

GOOD CAUSE EXISTING, THE COURT ORDERS that Defendant's acceptance of plea and sentencing hearing be continued from May 23, 2008 to **July 25, 2008 at 9:00 a.m.**

FURTHERMORE, THE COURT ORDERS that the time between May 23, 2008 and July 25, 2008 be excluded under the provisions of the Speedy Trial Act. The defendant is in custody.

IT IS SO ORDERED.

Date: 5-20-08

HON. DANA M. SABRAW, District Judge
UNITED STATES DISTRICT COURT

08 CR 442 DMS